# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Castro, Samantha | NY | USA | N/A | N/A | N/A | Personal Injury |
| 2 | Charles, John Patrick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 3 | Christie, Lewis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 4 | Ciccarello, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 5 | Clay, William Jeffrey | NC | USA | N/A | N/A | N/A | Personal Injury |
| 6 | Cruz, Juan Antonio | NY | USA | N/A | N/A | N/A | Personal Injury |
| 7 | Daly, Sharon L. | CT | USA | N/A | N/A | N/A | Personal Injury |
| 8 | DeBlase, Anita | NY | USA | N/A | N/A | N/A | Personal Injury |
| 9 | Dennis, George | NY | USA | N/A | N/A | N/A | Personal Injury |
| 10 | Diamond, Dale | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 11 | Di'Orio, Angela | NY | USA | N/A | N/A | N/A | Personal Injury |
| 12 | Enciso, Cesar | NY | USA | N/A | N/A | N/A | Personal Injury |
| 13 | Farrell, James | OH | USA | N/A | N/A | N/A | Personal Injury |
| 14 | Feldman, Gregory | FL | USA | N/A | N/A | N/A | Personal Injury |
| 15 | Fetterman, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | Gallo, Laurene | NC | USA | N/A | N/A | N/A | Personal Injury |
| 17 | Garramone, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 18 | George, Sajan | NY | USA | N/A | N/A | N/A | Personal Injury |
| 19 | Gilligan, Geraldine | NY | USA | N/A | N/A | N/A | Personal Injury |
| 20 | Goldberg, Howard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 21 | Gomez, Susana | FL | USA | N/A | N/A | N/A | Personal Injury |
| 22 | Gordon, David | NY | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Greco, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 24 | Guglielmi, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 25 | Guzman, Jessenia | NY | USA | N/A | N/A | N/A | Personal Injury |
| 26 | Hall, Audrey | NY | USA | N/A | N/A | N/A | Personal Injury |
| 27 | Han, Steven | NY | USA | N/A | N/A | N/A | Personal Injury |
| 28 | Harrington, Jr., James J. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 29 | Harrison, Amber Kalani | NY | USA | N/A | N/A | N/A | Personal Injury |
| 30 | Hourihan, Joseph P. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 31 | Jata, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 32 | Jenson, Bruce | FL | USA | N/A | N/A | N/A | Personal Injury |
| 33 | Jordan, Edward | PA | USA | N/A | N/A | N/A | Personal Injury |
| 34 | Kennedy, Jim | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 35 | Kenyon, Kevin Bruce | CA | USA | N/A | N/A | N/A | Personal Injury |
| 36 | Kinahan, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 37 | Kolar, Sabahete | NY | USA | N/A | N/A | N/A | Personal Injury |
| 38 | LaFurge, Barbara | NY | USA | N/A | N/A | N/A | Personal Injury |
| 39 | Lakis, Diana | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 | Ledwith, Ryan | CT | USA | N/A | N/A | N/A | Personal Injury |
| 41 | Lee, Douglas Ike | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 42 | Lopez, Edgardo | NY | USA | N/A | N/A | N/A | Personal Injury |
| 43 | Lopez, Walton | NY | USA | N/A | N/A | N/A | Personal Injury |
| 44 | Loser, Frank | NY | USA | N/A | N/A | N/A | Personal Injury |
| 45 | Maksimowich, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 46 | McArthur, Yolanda | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 47 | McBride, Edwin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 48 | McFadden, Crickett | NY | USA | N/A | N/A | N/A | Personal Injury |
| 49 | McGuire, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 50 | McLoughlin, Mary Louise | NY | USA | N/A | N/A | N/A | Personal Injury |
| 51 | McManus, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 52 | McNamara, Kevin | FL | USA | N/A | N/A | N/A | Personal Injury |
| 53 | Meade, Camille Barbara | NY | USA | N/A | N/A | N/A | Personal Injury |
| 54 | Mehring, Edmund | NY | USA | N/A | N/A | N/A | Personal Injury |
| 55 | Melamed, Ora | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 56 | Mesorana, Luis | TX | USA | N/A | N/A | N/A | Personal Injury |
| 57 | Mitchell, Janice | OH | USA | N/A | N/A | N/A | Personal Injury |
| 58 | Moskowitz, Stuart | NY | USA | N/A | N/A | N/A | Personal Injury |
| 59 | Mullaly, Winifred | NY | USA | N/A | N/A | N/A | Personal Injury |
| 60 | Ortiz, Owen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 61 | Owens, Lashaun | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 62 | Palumbo, Dominic | FL | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 63 | Petrizzo, Anthony | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 64 | Price, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 65 | Psimoganis, Christ | NY | USA | N/A | N/A | N/A | Personal Injury |
| 66 | Pugliese, Francine | NY | USA | N/A | N/A | N/A | Personal Injury |
| 67 | Reyes, Rafael | FL | USA | N/A | N/A | N/A | Personal Injury |
| 68 | Richardson, Danea | NY | USA | N/A | N/A | N/A | Personal Injury |
| 69 | Rixner, Judith | NY | USA | N/A | N/A | N/A | Personal Injury |
| 70 | Rizzo, Sam | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 71 | Roman, Harold | NY | USA | N/A | N/A | N/A | Personal Injury |
| 72 | Russ, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 73 | Salame, Theodore | NY | USA | N/A | N/A | N/A | Personal Injury |
| 74 | Schmidlein, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 75 | Scott, Andrew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 76 | Sgro, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Shea, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 78 | Shorter, James | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 79 | Silecchia, Angelo | NY | USA | N/A | N/A | N/A | Personal Injury |
| 80 | Slattery, Sean | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 81 | Smith, Kevin | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 82 | Smith, Patricia | NC | USA | N/A | N/A | N/A | Personal Injury |
| 83 | Solow, Richard | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 84 | Spataro, Joseph | CT | USA | N/A | N/A | N/A | Personal Injury |
| 85 | Spivak, Barbara | NY | USA | N/A | N/A | N/A | Personal Injury |
| 86 | Stapf, Herman | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 87 | Stravato, Joseph L. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 88 | Sullivan, Claudia | FL | USA | N/A | N/A | N/A | Personal Injury |
| 89 | Swantek, Edward | NY | USA | N/A | N/A | N/A | Personal Injury |
| 90 | Tarlo, Jeffrey | NY | USA | N/A | N/A | N/A | Personal Injury |
| 91 | Torres, Daniel Antonio | NY | USA | N/A | N/A | N/A | Personal Injury |
| 92 | Vantull, Colbert | CT | USA | N/A | N/A | N/A | Personal Injury |
| 93 | Vargas, Evelyn | NY | USA | N/A | N/A | N/A | Personal Injury |
| 94 | Viera, Dianna | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 95 | Vinson, Clara Bernice | NC | USA | N/A | N/A | N/A | Personal Injury |
| 96 | Voldman, Nikolay | NY | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Walsh, Patrick | CT | USA | N/A | N/A | N/A | Personal Injury |
| 98 | Wandel, Shawn | NY | USA | N/A | N/A | N/A | Personal Injury |
| 99 | Whitcomb, Robert E. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 100 | Zeller, Paul | AL | USA | N/A | N/A | N/A | Personal Injury |